UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CYNTHIA ACOSTA, ET AL.            *       CIVIL ACTION NO.  02-CV-074

VERSUS                            *       MDL NO. 02-20143

AMERICAN HOME PRODUCTS            *       HONORABLE HARVEY BARTLE, III
CORPORATION, ET AL.
* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL

NOWNOW IN NOW INTONOW INTO NOW INTO COURNOW INTO COURT, through undersigned cou

CorporationCorporation (hereinafter sometimes referred to as   SmithKline ), upon representing Corporation (herein

SmithKlineSmithKline desires to substitute Charles M. Steen with the law firm of Steen, McShane &

Williamson,Williamson, L.LWilliamson, L.L.C., in pWilliamson, L.L.C., in place of Stephanie G. McShan

Beecham Corporation.

WHERWHEREFORE,WHEREFORE, SWHEREFORE, SmithKline Beecham Corporation respectfully

anan Order substituting Charles M. Steen with the law firman Order substituting Charles M. Steen with the law firr

in place of Stephanie G. McShane as counsel of record for SmithKline Beecham Corporation.

Respectfully submitted,

STEEN, McSHANE & WILLIAMSON, L.L.C.

_____

CHARLES M. STEEN, T.A. (#12420)
MARIE RUDD POSEY (#22534)
1250 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440

COUNSEL FOR SMITHKLINE
BEECHAM CORPORATION

## CERTIFICATE OF SERVICE

II do herebyI do hereby certify that I have on this _____I do hereby certify that I have on this _____

ofof the foregoing pleading, by mailing the same by United States Mail,of the foregoing pleading, by mailing the s

classclass postage prepaid, or by hand delivery on counsel for allclass postage prepaid, or by hand delivery on coun

all parties.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CYNTHIA ACOSTA, ET AL.            *        CIVIL ACTION NO.  02-CV-074

VERSUS                            *        MDL NO. 02-20143

AMERICAN HOME PRODUCTS            *        HONORABLE HARVEY BARTLE, III
CORPORATION, ET AL.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion to Substitute Counsel;

ITIT IS HEREBY ORDERED that Charles M. Steen with the law firm of Steen,IT IS HEREBY ORDERE

WillWilliamsoWilliamson,Williamson, L.L.C., be, and is hereby, enrolled as counsel of record for SmithKli

CorporCorporaCorporation,Corporation, and Stephanie G. McShane is deleted as counsel of record for SmithK

Corporation,

Philadelphia, Pennsylvania this _____ day of _____, 2002.

_____
JUDGE