UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: CYNTHIA ACOSTA, ET AL v. AMERICAN HOME PRODUCTS CORPORATION, ET AL | MDL # 20143 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW, Robert G. Harvey, Sr., A.P.L.C., Jacobs & Sarrat, A.P.L.C., and O'Quinn, Laminack & Pirtle, who respectfully file this, their Motion to Withdraw as Counsel of Record, and in support of said Motion respectfully show the following regarding Pamela Danos, a plaintiff named in the above-captioned matter:

1. Pamela Danos is no longer represented by above counsel;

2. The MDL Fact Sheet was previously completed and mailed to all necessary parties;

3. There are no pending motions, no scheduled depositions, nor pending discovery relative to the above captioned case;

4. There would be no prejudice to any party in granting said motion.

FOR ALL THE FOREGOING REASONS, Robert G. Harvey, Sr., Jacobs & Sarrat, and O'Quinn, Laminack & Pirtle, move this Court to grant this motion and allow them to withdraw as counsel of record for Pamela Danos.

Respectfully submitted,

O'QUINN, LAMINACK & PIRTLE

*[signature: Rebecca M. Urrutia]*

RICHARD N. LAMINACK, TBA#11850350
THOMAS W. PIRTLE, TBA#160038610
BUFFY K. MARTINES, TBA#24030311
REBECCA M. URRUTIA, LA#28430
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 236-2677
Facsimilie: (713) 223-4870


ROBERT G. HARVEY, SR., A.P.L.C.
ROBERT G. HARVEY, SR., LA#18615
2609 Canal Street, Fifth Floor
New Orleans, Louisiana 70119
Telephone: (504) 822-2136

And


JACOBS & SARRAT
*An Association for the Practice of Law*
DARLEEN JACOBS, LA#7208
823 St. Louis Street
New Orleans, Louisiana 70112
Telephone: (504) 522-0155

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded this _____ day of February, 2004 by Federal Express or Regular United States Mail as follows:

Gregory P. Miller
MILLER, ALFANO & RASPANTI
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Telephone:    215/972-6400
Facsimile:    215/981-0082

Tom Stoever
370 Seventeenth Street
Suite 4500
Denver, CO 80202-1370

Paul Kerrigan
ReedSmith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

Kathleen A. Manning
McGlinchey Stafford
A Professional Limited Liability Company
643 Magazine Street
New Orleans, Louisiana 70130

Terry Gay
Christovich & Kearney
601 Poysras Street
New Orleans, LA 70130

Marie Rudd Posey
Steen & Williamson, LLC
1100 Poydras Street Suite 1250
New Orleans, LA 70163

Kendra Duay
Leake & Anderson
1100 Poydras Street Suite 1700
New Orleans, LA 70163

Doug Moore
Darleen Peters
Irwin & Fritchie
400 Poydras Street Suite 2700
New Orleans, LA 70130

_____
REBECCA M. URRUTIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | § § § § § § | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: CYNTHIA ACOSTA, ET AL v. AMERICAN HOME PRODUCTS CORPORATION, ET AL | § § § § § § § § | MDL # 20143 |

PRETRIAL ORDER NO.

AND NOW, this _____ day of February, 2004, upon consideration of Robert G. Harvey, Sr., A.P.L.C., Jacobs & Sarrat, A.P.L.C., and O'Quinn, Laminack & Pirtle's Motion to Withdraw as Counsel of Record for Pamela Danos, it is hereby ORDERED that the motion is GRANTED.

BY:

_____
Harvey Bartle, III, J.