UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: CYNTHIA ACOSTA, ET AL v. AMERICAN HOME PRODUCTS CORPORATION, ET AL | § § § § § § § § § | MDL # 20143 |

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Susan Bonck, who respectfully moves this Honorable Court to dismiss, without prejudice, her claims against all named defendants, each party to bear its own costs.

WHEREFORE, mover prays that this Court enter an Order dismissing, without prejudice, her claims against all named defendants, each party to bear its own costs.

Respectfully submitted,

O'QUINN, LAMINACK & PIRTLE

RICHARD N. LAMINACK, TBA#11850350
THOMAS W. PIRTLE, TBA#160038610
BUFFY K. MARTINES, TBA#24030311
REBECCA M. URRUTIA, LA#28430
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 236-2677
Facsimilie: (713) 223-4870

**ROBERT G. HARVEY, SR., A.P.L.C.**
**ROBERT G. HARVEY, SR., LA#18615**
2609 Canal Street, Fifth Floor
New Orleans, Louisiana 70119
Telephone: (504) 822-2136

And

**JACOBS & SARRAT**
*An Association for the Practice of Law*
**DARLEEN JACOBS, LA#7208**
823 St. Louis Street
New Orleans, Louisiana 70112
Telephone: (504) 522-0155

**ATTORNEYS FOR PLAINTIFFS**

Case 2:02-cv-20143-HB   Document 6   Filed 03/01/2004   Page 2 of 5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded this ___ day of February, 2004 by Federal Express or Regular United States Mail as follows:

Gregory P. Miller
MILLER, ALFANO & RASPANTI
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Telephone:    215/972-6400
Facsimile:    215/981-0082

Tom Stoever
370 Seventeenth Street
Suite 4500
Denver, CO 80202-1370

Paul Kerrigan
ReedSmith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Kathleen A. Manning
McGlinchey Stafford
A Professional Limited Liability Company
643 Magazine Street
New Orleans, Louisiana 70130

Terry Gay
Christovich & Kearney
601 Poysras Street
New Orleans, LA 70130

Marie Rudd Posey
Steen & Williamson, LLC
1100 Poydras Street Suite 1250
New Orleans, LA 70163

1

Kendra Duay
Leake & Anderson
1100 Poydras Street Suite 1700
New Orleans, LA 70163

Doug Moore
Darleen Peters
Irwin & Fritchie
400 Poydras Street Suite 2700
New Orleans, LA 70130

*[signature]*
REBECCA M. URRUTIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: CYNTHIA ACOSTA, ET AL. v. AMERICAN HOME PRODUCTS CORPORATION, ET AL. | § § § § § § § § | MDL # 20143 |

PRETRIAL ORDER NO.

AND NOW, this _____ day of February, 2004, upon consideration of Plaintiff's Motion to Dismiss, without prejudice, her claims against all named defendants, it is hereby ORDERED that the motion is GRANTED.

BY:

_____
Harvey Bartle, III, J.