☐

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE DIET DRUGS )<br>(PHENTERMINE/FENFLURAMINE/ )<br>DEXFENFLURAMINE) PRODUCTS )<br>LIABILITY LITIGATION ) | MDL Docket No. 1203 |

|  |  |
|---|---|
| )<br>THIS DOCUMENT RELATES TO: )<br>)<br>CYNTHIA ACOSTA, ET AL. )<br>(Pamela Danos) )<br>) | MDL Case No. 02-20143 |
| V. )<br>)<br>AMERICAN HOME PRODUCTS )<br>CORPORATION, ET AL. )<br>) |  |

### WYETH'S RESPONSE TO ROBERT G. HARVEY, SR., JACOBS & SARRAT, AND O'QUINN, LAMINACK & PIRTLE'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

Wyeth respectfully files this Response to Robert G. Harvey, Sr., Jacobs & Sarrat, and O'Quinn, Laminack & Pirtle's Motion to Withdraw as Counsel of Record. Wyeth does not oppose Moving Counsel's withdrawal. However, in accordance with Rule 5.1(c) of the Local Rules of Civil Procedure of this Court, Wyeth requests that substitute counsel enter its appearance before the Court allows Moving Counsel's withdrawal.

FOR THE FOREGOING REASONS, Wyeth requests that this Court DENY Robert G. Harvey, Sr., Jacobs & Sarrat, and O'Quinn, Laminack & Pirtle's Motion to Withdraw as Counsel of Record for Pamela Danos until such time as appropriate counsel is substituted.

RESPECTFULLY SUBMITTED,

_____
Thomas W. Stoever, Jr.
Michael A. Rollin
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado  80202 1370
(303) 863-1000

Michael T. Scott
Paul B. Kerrigan
REED SMITH LLP
2500 One Liberty Plaza
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100

*Attorneys for Defendant*
*Wyeth*

Dated: March 12, 2004

☐

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1203 |
| ) | |
| THIS DOCUMENT RELATES TO: ) ) | |
| CYNTHIA ACOSTA, ET AL. (Pamela Danos) ) ) ) | |
| V. ) ) | MDL Case No. 02-20143 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. ) ) ) ) | |

### PRETRIAL ORDER NO. _____

AND NOW, this _____ day of _____, 2004, upon consideration of Robert G. Harvey, Sr., Jacobs & Sarrat, and O'Quinn, Laminack & Pirtle's Motion to Withdraw as Counsel of Record for Pamela Danos and Wyeth's response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
Harvey Bartle III                J.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of March, 2004, a true and correct copy of the foregoing Response in Opposition to Robert G. Harvey, Sr., Jacobs & Sarrat, and O'Quinn, Laminack & Pirtle's Motion to Withdraw as Counsel of Record for Pamela Danos was served by U.S. first-class mail, postage prepaid, on all counsel of record in the *Cynthia Acosta, et al.* action and on all counsel required to be served by Pretrial Order No. 19.

_____

Michael A. Rollin

Date: March 12, 2004