UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | § § § § § § | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: CYNTHIA ACOSTA, ET AL v. AMERICAN HOME PRODUCTS CORPORATION, ET AL | § § § § § § § § | MDL # 20143 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW, Robert G. Harvey, Sr., A.P.L.C., Jacobs & Sarrat, A.P.L.C., and O'Quinn, Laminack & Pirtle, who respectfully file this, their Motion to Withdraw as Counsel of Record, and in support of said Motion respectfully show the following regarding Charleen Mar, a plaintiff named in the above-captioned matter:

1. Charleen Mar is no longer represented by above counsel;

2. This office has been unable to discover whether or not Ms. Mar has retained other counsel;

3. There would be no prejudice to any party in granting said motion.

FOR ALL THE FOREGOING REASONS, Robert G. Harvey, Sr., Jacobs & Sarrat, and O'Quinn, Laminack & Pirtle, move this Court to grant this motion and allow them to withdraw as counsel of record for Charleen Mar.

Respectfully submitted,

O'QUINN, LAMINACK & PIRTLE

RICHARD N. LAMINACK, TBA#11850350
THOMAS W. PIRTLE, TBA#160038610
BUFFY K. MARTINES, TBA#24030311
REBECCA M. URRUTIA, LA#28430
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 236-2677
Facsimilie: (713) 223-4870


ROBERT G. HARVEY, SR., A.P.L.C.
ROBERT G. HARVEY, SR., LA#18615
2609 Canal Street, Fifth Floor
New Orleans, Louisiana 70119
Telephone: (504) 822-2136

And


JACOBS & SARRAT
*An Association for the Practice of Law*
DARLEEN JACOBS, LA#7208
823 St. Louis Street
New Orleans, Louisiana 70112
Telephone: (504) 522-0155

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE, FENFLURAMINE, DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | § § § § § § | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: CYNTHIA ACOSTA, ET AL. v. AMERICAN HOME PRODUCTS CORPORATION, ET AL. | § § § § § § § § § | MDL # 20143 |

PRETRIAL ORDER NO.

AND NOW, this _____ day of _____, 2004, upon consideration of Robert G. Harvey, Sr., A.P.L.C., Jacobs & Sarrat, A.P.L.C., and O'Quinn, Laminack & Pirtle's Motion to Withdraw as Counsel of Record for Charleen Mar, it is hereby ORDERED that the motion is GRANTED.

BY:

_____
Harvey Bartle, III, J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded this _____ day of _____, 2004 by Federal Express or Regular United States Mail as follows:

Gregory P. Miller
MILLER, ALFANO & RASPANTI
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Telephone: 215/972-6400
Facsimile: 215/981-0082

Peter Zimroth
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004-1206
Attorneys for Defendant Wyeth

Paul Kerrigan
ReedSmith
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Kathleen A. Manning
McGlinchey Stafford
A Professional Limited Liability Company
643 Magazine Street
New Orleans, Louisiana 70130

Jason R. Cashio, Esq.
Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarman, L.L.P.
2200 One American Place
Baton Rouge, LA 70825

Stanton Shuler, Jr., Esq.
Leake & Anderson, L.L.P.
1100 Poydras Street
1700 Energy Centre
New Orleans, LA 70163

Marie Rudd Posey, Esq.
Steen, McShane & Williamson, L.L.C.
1250 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-1250

W. Luther Wilson, Esq.
Taylor, Porter, Brooks & Phillips, L.L.P.
P. O. Box 2471
Baton Rouge, LA 70821

Janet L. White, Esq.
Christovich & Kearney, L.L.P.
2300 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130

_____
REBECCA M. URRUTIA