IN THE UNITED STATES OF DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203<br><br>MDL NO. 02-20143 |
| CYNTHIA ACOSTA, ET AL.<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION, ET AL. |  |

**PRETRIAL ORDER NO. _____**

AND NOW TO WIT: This \_\_\_\_ day of _____, 2005, it having been reported that the issues between the parties have been settled with respect to plaintiff Rachelle Benn in the above-captioned action, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby

ORDERED that, pursuant to agreement of counsel, all claims of plaintiff Rachelle Benn in the above-captioned action are DISMISSED with prejudice and without costs as to all named Defendants.

MICHAEL E. KUNZ, Clerk of Court

BY: _____
      Katherine Gallagher
      Deputy Clerk