```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: DIET DRUGS<br>(PHENTERMINE/FENFLURAMINE/<br>DEXFENFLURAMINE)<br>PRODUCTS LIABILITY LITIGATION | : | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: | : | |
| CYNTHIA ACOSTA, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 02-20143 |
| ROSALIE BERGERON, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 02-20136 |
| KAREN BILLINGSLY, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-25058 |
| LANA BOND<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-21919 |
| GALE BOUCHILLON, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-27039 |
| BETH BRANCH, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-25106 |
| TARUS BURRELL<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-21364 |
| ANNIE CALLIHAN<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-21754 |
| PAMELA CHAPMAN, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-25095 |
| ROSALYN DAIGLE, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 03-20130 |
| PATTI FORD, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-24045 |
| JOANN FORISTER, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 02-20204 |
| KAREN FRANK, et al.<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 04-26163 |
| GAIL MARY FRAZIER<br>       v.<br>WYETH, et al. | :<br>:<br>: | CIVIL ACTION NO. 98-20684 |

| | | |
|---|---|---|
| MARTHA GREEN, et al. | : | |
|     v. | : | CIVIL ACTION NO. 03-20234 |
| WYETH, et al. | : | |
| PEGGY MARTINEZ, et al. | : | |
|     v. | : | CIVIL ACTION NO. 02-20135 |
| WYETH, et al. | : | |
| EDDIE NICHOLSON, et al. | : | |
|     v. | : | CIVIL ACTION NO. 02-20211 |
| WYETH, et al. | : | |
| ERISTIS POINDEXTER | : | |
|     v. | : | CIVIL ACTION NO. 04-25091 |
| WYETH, et al. | : | |
| PAULA POMAMSKY, et al. | : | |
|     v. | : | CIVIL ACTION NO. 02-20252 |
| WYETH, et al. | : | |
| JERRY SUBLET | : | |
|     v. | : | CIVIL ACTION NO. 04-24043 |
| WYETH, et al. | : | |
| SHARRON TURNER | : | |
|     v. | : | CIVIL ACTION NO. 04-25087 |
| WYETH, et al. | : | |
| ESTATE OF ANNIE LOIS WREN | : | |
|     v. | : | CIVIL ACTION NO. 04-21678 |
| WYETH, et al. | : | |
| FAY MINNIE WREYFORD | : | |
|     v. | : | CIVIL ACTION NO. 04-20799 |
| WYETH, et al. | : | |

**PRETRIAL ORDER NO.**

AND NOW, this    day of June, 2005, it is hereby ORDERED that the motions of counsel for plaintiffs in the above-captioned actions to withdraw as counsel are DENIED without prejudice. See <u>Hargrove v. City of Philadelphia</u>, Civ.A. No. 93-5760, 1995 WL 550441 (E.D. Pa. Sept. 15, 1995); <u>Greene v. Rubin</u>, Civ.A. No. 95-2415, 1995 WL 723188 (E.D. Pa. Dec. 5, 1995); E.D. Pa. R. Civ. P. 5.1 (2005).

BY THE COURT:

_____
                              J.